# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8674
Fax: 919-861-5555

DATE: May 5, 2017

FROM: Michael C. Brittain
Supervising U.S. Probation Officer

SUBJECT: COATS, Timothy Wayne
Case No.: 5:00-CR-60-1BO
<u>Request for Early Termination</u>

TO: Terrence W. Boyle
U.S. District Judge

On February 5, 2001, pursuant to a guilty plea to Maintaining a Dwelling for the Purpose of Distributing and Using Controlled Substances and Aiding and Abetting, Timothy Wayne Coats appeared in United States District Court for the Eastern District of North Carolina, and was sentenced 212 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on November 12, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since May 2016. He also has paid all of the court-ordered fine ($9,500.00). His term of supervision is set to expire on November 11, 2018.

The probation office is requesting early termination. Assistant United States Attorney, Leslie Cooley, was contacted and has no objection to the early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     5-5-17
Terrence W. Boyle              Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                       Crim. No. 5:00-CR-60-1BO

**TIMOTHY WAYNE COATS**

On November 12, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Michael C. Brittain  
> Michael C. Brittain  
> Supervising U.S. Probation Officer  
> 310 New Bern Avenue, Room 610  
> Raleigh, NC 27601-1441  
> Phone: 919-861-8674  
> Executed On: May 5, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   5   day of   May  , 2017.

Terrence W. Boyle  
U.S. District Judge